1   EDWARD M. WOLKOWITZ (State Bar No. 68298)
    ROBINSON, DIAMANT & WOLKOWITZ
2   A Professional Corporation
    1888 Century Park East, Suite 1500
3   Los Angeles, California 90067
    Telephone:  (310) 277-7400
4   Telecopier: (310) 277-7584

5

    Attorneys for Reorganized Debtor
6

7

8                  UNITED STATES BANKRUPTCY COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9                      SANTA ANA DIVISION

10

11   In re
                                   Bk. No. 8:99-13580-RK
12   THE COAST HOMEOWNERS
     ASSOCIATION,                   Chapter 11
13
               Debtor.             **MOTION FOR FINAL DECREE;**
14                                 **MEMORANDUM OF POINTS AND**
                                   **AUTHORITIES AND DECLARATION OF**
15                                 **IN SUPPORT THEREOF**

16                                 [11 U.S.C. § 350; F.R.B.P.
                                   3022; L.B.R. 3020-1(d) and
17                                 9013-1(g)]

18                                 [No Hearing Required Unless
                                   Requested by Parties in
19                                 Interest]

20

21

22

23

24   **TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE:**

25         The Coast Homeowners Association ("Debtor" or

26   "Reorganized Debtor") respectfully moves the Court for entry of a

27   final decree in the above-captioned case, pursuant to 11 U.S.C.

28   §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure.

EMW/00178488.WPD/MTN/16720.000

1    The Debtor's Second Amended Chapter 11 Plan (the

2    "Plan") was confirmed by order entered on September 5, 2000.  The

3    Debtor has made the distributions required under the Plan, except

4    as described below.  All motions, contested matters and adversary

5    proceedings have now been resolved, and the estate is otherwise

6    fully administered.

7         In support of this Motion, the Debtor relies on these

8    moving papers, the Memorandum of Points and Authorities and

9    Declaration of James Cooper, attached hereto, the pleadings and

10   orders already on file in this case, and such other and further

11   evidence as may be presented to the Court.

12        Accordingly, the Debtor respectfully requests that this

13   Court enter an order:

14        1.    Granting and entering a final decree in this case;

15   and

16        2.   Granting such other and further relief as is more

17   particularly described in the motion.

18   DATED:   January *3*, 2008

19                          ROBINSON, DIAMANT & WOLKOWITZ,
                            A Professional corporation
20

21

22                          By: _____
                                 EDWARD M. WOLKOWITZ
23                               Attorneys for Reorganized Debtor

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

By this Motion, the Reorganized Debtor seeks a Final Decree in this case.  The Debtor's First Amended Chapter 11 Plan (the "Plan") was confirmed pursuant to an Order of this Court entered on September 5, 2000.

The confirmation of the Reorganized Debtor's Plan terminated the Coast's liability as to a pre-petition class action entitled "Robert Price, et. al. v. The Coast Homeowners Association, et. al.", which was assigned Adversary No. SA 99-01534-JR, when the case was removed from the Orange County Superior Court to this Court.  The termination of the Debtor's liability to the class plaintiffs was accomplished through an assignment to the class of the any and all claims of the Debtor against its pre-petition insurance carriers.  Nevertheless, it was necessary for the Chapter 11 case to remain open while the class action was being litigated.

In March, 2003, this Court approved the settlement of a class action lawsuit.  Pursuant to settlement, the Court retained jurisdiction over another potential class action lawsuit against one of the Reorganized Debtor's former insurers who refused to participate in the settlement.  In February 2004, the class plaintiffs initiated litigation against the Medmarc Insurance Companies.  The action was filed in the Orange County Superior Court as Case No. 03CC00699.  As a consequence, the Chapter 11 case had to remain open to accommodate this litigation.

1            In August 15, 2006, this Court approved a settlement of

2    the Medmarc litigation.  Pursuant to the settlement, the Court

3    appointed a settlement fund administrator to distribute the

4    settlement proceeds to the class members.  The distribution

5    process took approximately one year. On August 2, 2007, the Court

6    approved the final distribution report of the fund administrator.

7    Therefore, entry of a Final Decree is now appropriate.

8

9            **II.**

10   **THE ENTRY OF A FINAL DECREE IS NOW APPROPRIATE IN THIS CASE**

11           Rule 3022 of the Federal Rules of Bankruptcy Procedure

12   provides:

13           After an estate is fully administered in a
             chapter 11 reorganization case, the court, on

14           its own motion, or on motion of a party in
             interest, shall enter a final decree closing

15           the case.

16           The appropriate criteria for determining whether the

17   final decree should be entered are discussed as follows in the

18   Advisory Committee notes to the 1991 amendments to the Federal

19   Rules of Bankruptcy Procedure:

20           Entry of a final decree closing a chapter 11
             case should not be delayed solely because the

21           payments required by the plan have not been
             completed.  Factors the court should consider

22           in determining whether the estate has been
             fully administered include (1) whether the

23           order confirming the plan has become final,
             (2) whether deposits required by the plan

24           have been distributed, (3) whether the
             property proposed by the plan to be

25           transferred has been transferred, (4) whether
             the debtor or successor of the debtor under

26           the plan has assumed the business or
             management or the management of the property

27           dealt with by the plan, (5) whether the
             payments under the plan have commenced, and

28           (6) whether all motions, contested matters,

1    and adversary proceedings have been finally
     resolved.
2    The following paragraphs of this Memorandum discuss
3    each of these factors in sequence.

4    **1.   Finality of Order Confirming Plan**

5    The Order confirming the Plan was entered on September
6    5, 2000. The Order has long since become final.

7    **2.   Deposits under the Plan**

8    No deposits were required to be made under the Plan.

9    **3.   Transfer of Property under the Plan**

10   The Plan did not provide for the transfer of any
11   property.

12   **4.   Post-Confirmation Management**

13   The Reorganized Debtor's post-confirmation management
14   was identified in the Plan as its board of directors.   The board
15   has reconstituted itself several times since confirmation, in
16   accordance with the Bylaws of the Coast Homeowners Association.
17   The current president of the board is James Cooper.

18   **5.   Payments under the Plan and Notice**

19   All payments and distributions required to be made
20   pursuant to the Plan have been made by the Plan's disbursing
21   agent, except as follows:

22   a. Payment of Quarterly United States Trustee Fees

23   Historically, the Reorganized Debtor's day to day
24   operations have been handled by a management company with whom
25   the Debtor contracts.   Since confirmation, the Reorganized Debtor
26   has employed three different management companies, in addition to
27   having elected several different officers and boards of
28   directors.

1    During the course of preparing the documentation for

2  the entry of a final decree, it was discovered that one of the

3  management companies charged with the responsibility of filing

4  quarterly reports did not do so.  Instead, the management company

5  sent the United States Trustee a check for the maximum fee, even

6  though the Reorganized Debtor's disbursements may have dictated

7  that a lower quarterly fee was due.

8    When this was discovered, the Reorganized Debtor

9  corporate counsel prepared and submitted the missing quarterly

10 reports.  Based on these reports, it appears that the Debtor may

11 be entitled to a refund for overpayment of quarterly fees.  This

12 should not delay the entry of a final decree since the

13 Reorganized Debtor believes that it is now in full compliance

14 with its filing requirements.

15                    b. Payment of Administrative Expenses

16    All priority, administrative and general claims have

17 been paid in this case with the exception of $62,407.48, owed to

18 counsel for the Debtor.  The Court had previously ordered this

19 sum withheld from the final fees to be paid to Debtor's counsel

20 pending resolution of an objection filed by the Plaintiffs in the

21 aforementioned Class Action litigation.  That objection was

22 recently withdrawn as evidenced by the notice attached hereto as

23 Exhibit 1.  As a consequence, the Reorganized Debtor believes

24 there is no longer any impediment to the payment of the balance

25 of the fees owed to bankruptcy counsel.

26                         c. Notice

27    Pursuant to Local Bankruptcy Rule 3020-1(d) notice of

28 this motion has been sent to all parties upon whom the plan was

1  served.   A true and correct copy of the notice is attached hereto

2  as Exhibit 2.

3

4           **6.  Motions, Contested Matters, Adversary Proceedings**

5           There are no unresolved motions, contested matters, or

6  adversary proceedings remaining in this case.

7                              **III.**

8                  **RETENTION OF JURISDICTION BY COURT**

9           Even after a case has been fully administered for

10  purpose of entry of a Final Decree, the Court retains such

11  jurisdiction as legally permissible and the case, if necessary,

12  may be reopened for cause pursuant to 11 U.S.C. § 350(b).

13

14                              **IV.**

15                          **CONCLUSION**

16           Based upon the foregoing reasons, the Debtor

17  respectfully requests that this Court grant this Motion and enter

18  a Final Decree in this case.

19  DATED:   January 3, 2008
                          Respectfully submitted,
20
                          ROBINSON, DIAMANT & WOLKOWITZ
21                        A Professional Corporation

22

23                        By: _____

24                              EDWARD M. WOLKOWITZ
                              Attorneys for Reorganized Debtor

25

26

27

28

EMW/00178488.WPD/MTN/16720.000                    - 7 -

1

### DECLARATION OF JAMES COOPER

2     I, James Cooper, declare:

3     2. I am the president of the Board of Directors of the

4 Coast Homeowners Association, the Reorganized Debtor.

5     3. I make this Declaration in support of the Motion

6 for Final Decree. Unless indicated to the contrary, I have

7 personal knowledge of the facts set forth herein and if called as

8 a witness I would testify competently with respect thereto.

9     4. I understand that the order confirming the Debtor's

10 Second Amended Chapter 11 Plan, entered on September 5, 2000, is

11 final.

12     5. The Plan did not provide for deposits or transfers

13 of property.

14     6. I am informed and believe that all payments owed

15 under the Plan have been disbursed in accordance with Plan terms.

16     7. I am informed and believe that all reports required

17 to be filed with the Office of the United States Trustee have now

18 been filed and all quarterly fees are current. In fact, I believe

19 the Reorganized Debtor may be entitled to a refund for

20 overpayments of quarterly fees.

21     8. All administrative and priority claims have been

22 paid, with the exception of $62,407.48, still owed to bankruptcy

23 counsel for the Debtor. The Coast will pay these fees

24 concurrently with the entry of the final decree.

25     9. I am informed that all motions, contested matters

26 and adversary proceedings in this case have been fully resolved.

27 ///

28 ///

1    I declare under penalty of perjury under the laws of the

2   United States of America that the foregoing is true and correct

3   and that this declaration was executed on December _17_, 2007 in

4   San Clemente, California.

5

6

7                                                    JAMES COOPER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1  PATRICK J. EVANS, ESQ.(State Bar No. 110535)
   EVANS & ASSOCIATES
2  6080 Center Drive, 6th Floor
   Los Angeles, California    90045
3  Telephone:  (310) 242-6016
   Telecopier: (310) 242-6001
4
5  Attorneys for Robert Price and
   Randy Houck, Class Representatives
6



7
8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                  SANTA ANA DIVISION
10
11  In re
                                  Bk. No. 8:99-13580-RK
12  THE COAST HOMEOWNERS
    ASSOCIATION,                   Chapter 11
13
                Debtor.           NOTICE OF WITHDRAWAL OF
14                                OBJECTION TO SECOND AND FINAL
                                  FEE APPLICATION OF ROBINSON,
15                                DIAMANT & WOLKOWITZ (FORMERLY
                                  ROBINSON, DIAMANT & BRILL)
16
17
                                  [NO HEARING REQUIRED]
18
19  TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE:
20          Robert Price and Randy Houck, Class Representatives for
21  the class of homeowners who were parties in interest in the
22  above-captioned Chapter 11 case, hereby withdraw their objection
23  to the second and final application filed by Robinson, Diamant &
24  Wolkowitz, A Professional corporation (formerly Robinson, Diamant
25  & Brill), for allowance of fees and expenses as counsel for the
26  Debtor in Possession in the above-captioned Chapter 11 case.
27          The withdrawal of the opposition is based upon the fact
28  that all litigation involving the class was concluded following

EMW:00177083.WPD/NTC/16720.000

EXHIBIT    1                                        10

1  the finality of this Court's Order of August 2, 2007, in

2  Adversary Matter No. 8:99-1534-RK.  As a consequence, neither the

3  Class nor the Class Representatives have any further interest in

4  contesting the allowance of administrative expenses in this

5  Chapter 11 case.

6  DATED:  October _10_ 2007

7                              Respectfully submitted,

8                              EVANS & ASSOCIATES

9

10                             By: _____

11                                 PATRICK J. EVANS,
                                    Attorneys for Robert Price and
12                                  Randy Houck, Class Representatives

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMW/00177083.WPD/NTC/16720.000            - 2 -

EXHIBIT       1                                      11

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

    On October 11, 2007, I served the foregoing document described as:

**NOTICE OF WITHDRAWAL OF OBJECTION TO SECOND AND FINAL FEE APPLICATION OF ROBINSON, DIAMANT & WOLKOWITZ (FORMERLY ROBINSON, DIAMANT & BRILL)**
on interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

United States Trustee
411 W. Fourth St., Ste. 9041
Santa Ana, CA 92701-4593

Janet L. S. Powers, Esq.
Fiore Racobs & Powers
38 Technology Dr., Ste 250
Irvine, CA 92618-2301

<u>Debtor's Counsel</u>
Kathleen Rager, Esq.
Rager & Noiroux
2 Venture Plaza, Suite 380
Irvine, CA 92618

Patrick J. Evans, Esq.
Evans & Associates
6080 Center Drive, 6th Floor
Los Angeles, CA 90045

Evan D. Smiley, Esq.
Albert Weiland & Golden
650 Town Center Dr., Ste 1350
Costa Mesa, CA 92626

Edward M. Wolkowitz, Esq.
Robinson, Diamant & Wolkowitz
1888 Century Park E, Suite 1500
Los Angeles, CA 90067
*via hand delivery*

    ✔ **By mail:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

    Executed on October 11, 2007 at Los Angeles, California.

_____
LEE DOWDING

EXHIBIT    1

12

# EXHIBIT 2

EDWARD M. WOLKOWITZ (State Bar No. 068298)
ROBINSON, DIAMANT & WOLKOWITZ,
A Professional corporation
1888 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:  (310) 277-7400
Telecopier: (310) 277-7584

Attorney for Reorganized Debtor

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

|  |  |
|---|---|
| In re<br><br>THE COAST HOMEOWNERS ASSOCIATION,<br><br><br>Debtor. | Case No. 8:99-bk-13580-RK<br>Chapter 11<br><br>**NOTICE OF MOTION FOR FINAL DECREE**<br>[Federal Rule of Bankruptcy<br>Procedure 3022; Local Bankruptcy<br>Rules 3020-1(d) and 9013-1(g)(1)(L)]<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Coast Homeowners Association ("Debtor" or "Reorganized Debtor") has moved the Court for entry of a final decree closing the Chapter 11 case.  The Motion states in pertinent part that a final decree may be entered because the case in now fully administered. The Motion also provides that the Reorganized Debtor may now pay its bankruptcy counsel the sum of $62,407.48, which sum had previously been withheld from the final fee allowance based on an objection that has now been withdrawn.  A copy of the Motion and its attachments are on file with the Clerk of the Bankruptcy Court.  Those who desire further information are encouraged to review the Motion in its entirety.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 3020-1(d) and 9013-1(g)(1)(L), any interested party that wishes to oppose the relief requested in the motion must file with the Clerk of the Bankruptcy Court, located at 411 W. Fourth Street, Santa Ana, California 92701, and serve upon counsel for the Reorganized Debtor at the address indicated on the upper left corner of the first page of this notice, a written response which complies with Local Bankruptcy Rule 9013-1(a)(7) and request a hearing within 15 days of the service of this notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(a)(11), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion.

DATED: January 3, 2008

------------------------------
EDWARD M. WOLKOWITZ
Attorneys for Reorganized Debtor

MAILING DATE: _January 3, 2008_

EMW/00180298.WPD/NTC/16720.000

**13**

EXHIBIT   2

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

I caused the following document(s) to be served On: December 6, 2007

## NOTICE OF MOTION FOR ENTRY OF FINAL DECREE

on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed to:

### Please See Attached Service List

By mail.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed at Los Angeles, California on **January 3, 2008**

_Lee Dowding_
**Lee Dowding**

EMW/00180298.WPD/NTC/16720.000

2

EXHIBIT    2

14

Abalos, M/M Daniel
3036 Calle Frontera
San Clemente, CA 92673

Acosta, M/M Manuel Jr
2960 Calle Frontera
San Clemente, CA 92673

Adams, Christopher
2904 Via Hidalgo
San Clemente, CA 92673

Adams, Louise G
614 Calle Juarez
San Clemente, CA 92673

Agar, M/M John D
603 Calle Ganadero
San Clemente, CA 92673

Albert, M/M Craig
518 Calle Cuadra
San Clemente, CA 92673

Alford, M/M Warren J
315 Calle Chueca
San Clemente, CA 92673

Alison, Mr & Mrs
722 Calle Brisa
San Clemente, CA 92673

Allen, M/M Ronald L
710 Calle Contenta
San Clemente, CA 92673

Alvarez, M/M Angel A
2917 Calle Frontera
San Clemente, CA 92673

Ambard, M/M Walter E
2953 Calle Frontera
San Clemente, CA 92673

Ambrose, Arthur & Donna
306 Calle Chueca
San Clemente, CA 92673

Amestoy, John S & Erica
615 Calle Reata
San Clemente, CA 92673

Andersen, M/M Jerry D
2961 Calle Frontera
San Clemente, CA 92673

Anderson, Debra
710 Calle Cumbre
San Clemente, CA 92673

Anderson, Jerry & Katherin
607 Calle Juarez
San Clemente, CA 92673

Andrews, M/M Christopher
621 Calle Hidalgo
San Clemente, CA 92673

Ansara, Ernest & Patricia
305 Calle Descanso
San Clemente, CA 92673

Arnold, Alan R
613 Calle Fierros
San Clemente, CA 92763

Asch, M/M Harry
2902 Calle Gaucho
San Clemente, CA 92673

Ashby, M/M Richard
512 Calle Cuadra
San Clemente, CA 92673

Babcock, William P Jr
2935 Calle Frontera
San Clemente, CA 92673

Baker, Eric & Jill
410 Calle Macho
San Clemente, CA 92673

Baker, M/M John
782 Calle Vallarta
San Clemente, CA 92673

Baldy, Larry W
726 Calle Vallarta
San Clemente, CA 92673

Bar-Lev, Nehama& Baruch
617 Calle Embocadura
San Clemente, CA 92673

Barbanell, M/M Jerry L
705 Calle Dulce
San Clemente, CA 92673

Barbanell, M/M Neil B
616 Calle Hidalgo
San Clemente, CA 92673

Barrie, Juan & Rosa
624 Calle Embocadura
San Clemente, CA 92673

Batezel,Douglas E&Carol
603 Calle Fierros
San Clemente, CA 92673

EXHIBIT   2

15

Bauman, Harold W & Betty
493 Calle Amigo
San Clemente, CA 92673

Beckler, M/M John W
2985 Calle Gaucho
San Clemente, CA 92673

Beeuwsaert, M/M Michael
3032 Calle Frontera
San Clemente, CA 92673

Beierle, M/M Larry C
608 Calle Ganadero
San Clemente, CA 92673

Bell, Mark E & Kathy L
305 Calle Paisano
San Clemente, CA 92673

Bell, Martin D
611 Calle Fierros
San Clemente, CA 92673

Bellantonio, M/M John
791 Calle Vallarta
San Clemente, CA 92673

Bennett, Chester E. c/o Janice M
Rabel
2916 Calle Frontera
San Clemente, CA 92673

Bensimone, M/M John
2929 Calle Frontera
San Clemente, CA 92673

Berg, Virginia
712 Calle Vallarta
San Clemente, CA 92673

Bernal, M/M Richard G
2884 Riachuelo
San Clemente, CA 92673

Bernal, M/M Richard G
600 Calle Reata
San Clemente, CA 92673

Bernardo, M/M Romeo V
516 Calle Cuadra
San Clemente, CA 92673

Bernhardt, M/M Douglas J
2939 Calle Guadalajara
San Clemente, CA 92673

Bertram, M/M John
483 Calle Amigo
San Clemente, CA 92673

Beverly, M/M Roland III
2929 Calle Gaucho
San Clemente, CA 92673

Biencowe, M/M Fredrick
317 Calle Corral
San Clemente, CA 92673

Bish, Nick & Julie
587 Calle Hidalgo
San Clemente, CA 92673

Blair, M/M Donald
26100 Dimension
Lake Forest, CA 92630

Blank, Mickey
2920 Calle Frontera
San Clemente, CA 92673

Blum, M/M Lew O
520 Calle Cuadra
San Clemente, CA 92673

Blum, Robert A & Doris F
702 Calle Cumbre
San Clemente, CA 92673

Borthwick, M/M Donald G
834 Calle Vallarta
San Clemente, CA 92673

Brady, M/M Philip
604 Calle Fierros
San Clemente, CA 92673

Brady, M/M Richard
818 Calle Vallarta
San Clemente, CA 92673

Brammer, Amy W
617 Calle Ganadero
San Clemente, CA 92673

Braves/Braves
405 Calle Macho
San Clemente, CA 92673

Brennan, Martin J
605 Calle Reata
San Clemente, CA 92673

Bridgeman, M/M Patrick
354 Calle Chueca
San Clemente, CA 92673

Brigham, M/M Gorden
357 Calle Burro
San Clemente, CA 92673

EXHIBIT    2

1C

Brill, M/M Donald A
771 Calle Vallarta
San Clemente, CA 92673

Brouillette, M/M Maurice
518 Calle Baranda
San Clementa, CA 92673

Brown, M/M William H
275 Tennant Avenue #201
Morgan Hill, CA 95037

Brown, M/M William H
713 Calle Brisa
San Clemente, CA 92673

Brunner, Clyde & Sharol
316 Calle Corral
San Clemente, CA 92673

Brunson, Louise
3230 E Flamingo Rd., #1081
Las Vegas, NV 89121

Brunson, Louise
814 Calle Vallarta
San Clemente, CA 92673

Bryant, M/M Todd C
2958 Calle Frontera
San Clemente, CA 92673

Buono, Frank
1545 Avenida Slavador
San Clemente, CA 92673

Burdick, Steven P
302 Calle Chueca
San Clemente, CA 92673

Burnett, M/M Keith L
3032 Calle Juarez
San Clemente, CA 92673

Bushman, Daniel
501 Calle Amigo
San Clemente, CA 92673

Bymaster, M/M Larry O
2987 Calle Frontera
San Clemente, CA 92673

Calvet, M/M Francis E
705 Calle Contenta
San Clemente, CA 92673

Campbell, M/M James
359 Calle Burro
San Clemente, CA 92673

Capote, Luciane & Elizabet
4732 Fir Avenue
San Clemente, CA 92673

Carey, David E & Jamie D
605 Calle Fierros
San Clemente, CA 92673

Carlson, M/M Harry
309 Via Chueca
San Clemente, CA 92673

Carlston, M/M Robert A
2938 Calle Gaucho
San Clemente, CA 92673

Carnevale, M/M Joseph P
787 Calle Vallarta
San Clemente, CA 92673

Carnevale, Ronald J
790 Calle Vallarta
San Clemente, CA 92673

Carrasco, Robert H
605 Calle Juarez
San Clemente, CA 92673

Carson, Richard F Jr
307 Via Chueca
San Clemente, CA 92673

Carson, William & Marina
2976 Calle Gaucho
San Clemente, CA 92673

Casey, John
2969 Calle Frontera
San Clemente, CA 92673

Cather, M/M George A
2918 Calle Guadalajara
San Clemente, CA 92673

Cathey, Paul L & Darlene
819 Calle Vallarta
San Clemente, CA 92673

Celona/Eisenhauer
789 Calle Vallarta
San Clemente, CA 92673

Chambers, Gary & Dalyn
627 Calle Hidalgo
San Clemente, CA 92673

Chang, Eddie& Magdalena
617 Calle Reata
San Clemente, CA 92673

EXHIBIT    2

17

Christensen, Charles N
311 Calle Descano
San Clemente, CA 92673

Christensen, Christopher
508 Calle Amigo
San Clemente, CA 92673

Clayton, M/M Charles W
2911 Calle Frontera
San Clemente, CA 92673

Cleaver, George & Ruth
614 Calle Fierros
San Clemente, CA 92673

Cleaver, M/M Edward
2930 Calle Frontera
San Clemente, CA 92673

Collins, M/M James R
615 Calle Fierros
San Clemente, CA 92673

Collins, M/M Dwight
2902 Via Hidalgo
San Clemente, CA 92673

Conahan, Thomas J
719 Calle Amable
San Clemente, CA 92673

Connolly, M/M Kevin
606 Calle Ganadero
San Clemente, CA 92673

Cooper, James E
c/o Rebecca A Burge
3005 Calle Juarez
San Clemente, CA 92673

Corella, M/M Benjamin
2927 Calle Gaucho
San Clemente, CA 92673

Courtney, M/M Dallas
3003 Calle Frontera
San Clemente, CA 92673

Courtney, M/M Frank E
2919 Calle Frontera
San Clemente, CA 92673

Covarrubias, M/M Rafael
2913 Calle Frontera
San Clemente, CA 92673

Cox, M/M Donald B
732 Calle Vallarta
San Clemente, CA 92673

Cox, Virginia P
775 Calle Vallarta
San Clemente, CA 92673

Crane, M/M Richard K
611 Calle Reata
San Clemente, CA 92673

Crook, Adrian K& Joan M
777 Calle Vallarta
San Clemente, CA 92673

Curtis, M/M Donald A
2906 Calle Guadalajara
San Clemente, CA 92673

Daigle, M/M Roland P
614 Calle Ganadero
San Clemente, CA 92673

Daley, M/M Daniel R
2993 Calle Gaucho
San Clemente, CA 92673

Daly, Michael
2906 Via Hidalgo
San Clemente, CA 92673

Daly, Charles P& Araceli
3015 Calle Juarez
San Clemente, CA 92673

Davila, M/M Augustine
485 Calle Amigo
San Clemente, CA 92673

Dean, Muriel
2986 Calle Gaucho
San Clemente, CA 92673

DeFrank, Richard & Patty
8301 Drybank Drive
Huntington Beach, CA 92646

Del Grosso, M/M Carmine
621 Calle Juarez
San Clemente, CA 92673

DeLaGarza, M/M Oscar Jr
2962 Calle Frontera
San Clemente, CA 92673

DeLaRosa, M/M Donald R
707 Calle Contenta
San Clemente, CA 92673

Delman, Jack
614 Calle Reata
San Clemente, CA 92673

EXHIBIT     2                                    18

Delman, Mr & Mrs Jack
614 Calle Reata
San Clemente, CA 92673

Derderian, M/M Nishan
319 Calle Corral
San Clemente, CA 92673

DeSarro, Gail A
358 Calle Burro
San Clemente, CA 92673

Desmond, Mark & Kathryn
353 Calle Chueca
San Clemente, CA 92673

Devereaux, John & Gillian
721 Calle Amable
San Clemente, CA 92673

DeVinney, JS & Faith
484 Calle Amigo
San Clemente, CA 92673

Dickey, Mr & Mrs Roger
708 Calle Brisa
San Clemente, CA 92673

Dickman, David & Janice
505 Via Juarez
San Clemente, CA 92673

Dillon, Mr & Mrs James P
2912 Calle Frontera
San Clemente, CA 92673

Ditty, Mr & Mrs John
766 Calle Vallarta
San Clemente, CA 92673

Donoghue, M/M Geoffrey
2926 Calle Gaucho
San Clemente, CA 92673

Donovan, Timothy & Lauren
510 Calle Baranda
San Clemente, CA 92673

Dowers, Michael G
1928 Parkwood Drive
San Mateo, CA 94403

Drabinski, Gene & Candace
2947 Calle Guadalajara
San Clemente, CA 92673

Drake, Dennis
710 Calle Dulce
San Clemente, CA 92673

Drnec, Paul F & Winifred
813 Calle Vallarta
San Clemente, CA 92673

Drushella, M/M Vincent
3024 Calle Frontera
San Clemente, CA 92673

Duda, M/M Thomas F
2914 Calle Guadalajara
San Clemente, CA 92673

Dully, William H
2938 Calle Frontera
San Clemente, CA 92673

Dunlap, Mr & Mrs Jack S
2985 Calle Frontera
San Clemente, CA 92673

Dynice, Anthony Jr
714 Calle Brisa
San Clemente, CA 92673

Edwards, M/M Norman B
303 Calle Paisano
San Clemente, CA 92673

Emanuel, Mr & Mrs Alan S
511 Calle Cuadra
San Clemente, CA 92673

Erickson, Dick & Loretta
509 Calle Amigo
San Clemente, CA 92673

Evan, James A
701 Calle Dulce
San Clemente, CA 92673

Evandoff, Mr & Mrs Alex A
600 Calle Ganadero
San Clemente, CA 92673

Farmer, Mr Robert M
2990 Calle Gaucho
San Clemente, CA 92673

Farmer, Sue Ann
303 Calle Descanso
San Clemente, CA 92673

Feasey, Michael F & Joyce
701 Calle Cumbre
San Clemente, CA 92673

Fedele, Mr & Mrs John
2925 Calle Gaucho
San Clemente, CA 92673

EXHIBIT   2                    10

FIORE RACOBS, ET. AL.
38 Technology Dr., #250
Irvine, CA 92618

Fitch, M/M Charles C
505 Calle Luego
San Clemente, CA 92673

Fleischman,Martin& Mary
2915 Calle Guadalajara
San Clemente, CA 92673

Flisik, Mr & Mrs David
350 Calle Burro
San Clemente, CA 92673

Floyd,Gary C & Janice L
19 Hastings
Laguna Nigel, CA 92677

Fluchere,M/M Michael J
2903 Calle Gaucho
San Clemente, CA 92673

Flynn, M/M Stanley F
2935 Calle Gaucho
San Clemente, CA 92673

Folsom, Sherry C
815 Calle Vallarta
San Clemente, CA 92673

Forrest,Craig D& Joan L
601 Calle Reata
San Clemente, CA 92673

Foss, Craig Alan
2981 Calle Frontera
San Clemente, CA 92673

Foulger, Mrs
591 Calle Hidalgo
San Clemente, CA 92673

Francis,Howard V& Nancy
615 Calle Hidalgo
San Clemente, CA 92673

Frank, M/M Frederick B
501 Via Juarez
San Clemente, CA 9263

Freeland, Kent R
4800-23 Williamsburg Ln
La Mesa, CA 91941

Frislone, Delma
3013 Calle Juarez
San Clemente, CA 92673

Fukagawa,Ron M& Deborah
607 Calle Ganadero
San Clemente, CA 92673

Gallardo,John C & Lucia
605 Calle Ganadero
San Clemente, CA 92673

Gallardo,John& Theresa
609 Calle Ganadero
San Clemente, CA 92673

Gambina, M/M Salvatore
PO Box 4145
San Clemente, CA 92673

Gambina, M/M Salvatore
3020 Calle Juarez
San Clemente, CA 92673

Gans, Mr & Mrs John
705 Calle Amable
San Clemente, CA 92673

Gaspard,Levy J & Mary E
413 Calle Macho
San Clemente, CA 92673

Geil, Mr & Mrs Gary L
2910 Via Hidalgo
San Clemente, CA 92673

Geopfarth, Robert N
716 Calle Brisa
San Clemente, CA 92673

George Vickerman M/M
2945 Calle Fontera
San Clemente, CA 92673

George, Edward
PO Box 1265
San Juan Capistrano, CA 92693

George, Edward
3011 Calle Juarez
San Clemente, CA 92673

Giacomini, M/M Gary R
623 Calle Embocadura
San Clemente, CA 92673

Giese, Allen & Elaine
2909 Calle Guadalajara
San Clemente, CA 92673

Gillebaard,Hank & Kelly
2941 Calle Gaucho
San Clemente, CA 92673

EXHIBIT    2

Gilles, Mr & Mrs Helmut
3034 Calle Frontera
San Clemente, CA 92673

Gillman, Mr & Mrs Joe W
2908 Calle Frontera
San Clemente, CA 92673

Glaser, Mr & Mrs Bruce
744 Calle Vallarta
San Clemente, CA 92673

Glass,Randolph&Elizabet
516 Calle Baranda
San Clemente, CA 92673

Glenn, Stephen
2995 Calle Gaucho
San Clemente, CA 92673

Gobble,Donald&Christine
2945 Calle Guadalajara
San Clemente, CA 92673

Goda, Jim
609 Calle Embocadura
San Clemente, CA 92673

Goemat, Shirley A
626 Calle Embocadura
San Clemente, CA 92673

Gonzalez, Mr & Mrs Sal
41847 Camino De La Torre
Temecula, CA 92592

Gonzalez, Mr & Mrs Sal
504 Calle Sorpreso
San Clemente, CA 92673

Goral, Mr & Mrs Charles
2907 Calle Gaucho
San Clemente, CA 92673

Gorden,Mr & Mrs Keith A
2911 Calle Gaucho
San Clemente, CA 92673

Gordon, Curtis &
Wilson, Joanna NK
707 Calle Cumbre
San Clemente, CA 92673

Graham, Thomas & Inger
638 Camino De Los Mares
#C240
San Clemente, CA 92673

Graham, Thomas & Inger
820 Calle Vallarta
San Clemente, CA 92673

Granados, Joe & Yevette
3029 Calle Juarez
San Clemente, CA 92673

Grant, Gene R & Beverly
6 N 390 Woodhill Lane
St Charles, IL 60175

Grant, Gene R & Beverly
604 Calle Embocadura
San Clemente, CA 92673

Graves, M/M Stephen M
742 Calle Vallarta
San Clemente, CA 92673

Greve, Mr & Mrs Elmo M
2915 Calle Frontera
San Clemente, CA 92673

Grimes, Dennis
6225 S. Corning Avenue
Los Angeles, CA 90056-1409

Groh, Robert J
517 Calle Baranda
San Clemente, CA 92673

Guethling, M/M Werner
2939 Calle Frontera
San Clemente, CA 92673

Gupta, Kashmiri & Kanta
108 East Glohaven Place
Simpsonville, SC 29681

Gustafson, Robert T
2991 Calle Gaucho
San Clemente, CA 92673

Hackbarth, Eugene
304 Calle Descanso
San Clemente, CA 92673

Hagopian, M/M Manuel
2931 Calle Gaucho
San Clemente, CA 92673

Haight, Lee & Nancy J
717 Calle Amable
San Clemente, CA 92673

Halvorsrude,Mr& Mrs Ken
3038 Calle Frontera
San Clemente, CA 92673

Hamilton,Samuel&Melanie
2932 Calle Frontera
San Clemente, CA 92673

EXHIBIT    2

21

Hammer, Billy & Joanne
403 Calle Macho
San Clemente, CA 92673

Hannigan,Martin&Melissa
2908 Calle Gaucho
San Clemente, CA 92673

Harnish,Michael&Marcia
522 Calle Cuadra
San Clemente, CA 92673

Harriman, John L
25A Technology Drive
Irvine, CA 92618

Harris, Max L & Janet L
760 Calle Vallarta
San Clemente, CA 92673

Harris,John C & Janet
764 Calle Vallarta
San Clemente, CA 92673

Harrison, Mary Ellen
513 Calle Baranda
San Clemente, CA 92673

Hatcher, James F
719 Calle Brisa
San Clemente, CA 92673

Hathaway/Tator
2943 Calle Frontera
San Clemente, CA 92673

Haugh,David L& Sheryl D
604 Calle Reata
San Clemente, CA 92673

Havertine, Ronald
3044 Calle Frontera
San Clemente, CA 92673

Henderson,Mr & Mrs Hal
3005 Calle Frontera
San Clemente, CA 92673

Hennings, M/M James M
614 Calle Reata
San Clemente, CA 92673

Hertzler, Mr & Mrs John
488 Calle Amigo
San Clemente, CA 92673

Hickman,Brendan & Janie
705 Calle Brisa
San Clemente, CA 92673

Hightower, M/M Charles
793 Calle Vallarta
San Clemente, CA 92673

Hill,Michael & Lou Ann
621 Calle Embocadura
San Clemente, CA 92673

Hill,Mr & Mrs Ronald R
613 Calle Ganadero
San Clemente, CA 92673

Hirsch, Harry
2908 Calle Guadalahara
San Clemente, CA 92673

Holmquist, Lars
703 Calle Contenta
San Clemente, CA 92673

Honsberger, Charles K
3024 Calle Juarez
San Clemente, CA 92673

Hopkins,William K& Mary
618 Calle Juarez
San Clemente, CA 92673

Hopp, Gary R & Linda K
817 Calle Vallarta
San Clemente, CA 92673

Hosford,Mr & Mrs Jack W
2965 Calle Frontera
San Clemente, CA 92673

Hoster,Mr & Mrs Peter P
704 Calle Dulce
San Clemente, CA 92673

Houck,Mr& Mrs Michael R
715 Calle Amable
San Clemente, CA 92673

Howell,Daniel& Suzanne
708 Calle Cumbre
San Clemente, CA 92673

Hsu,King Mue & Ding,Kar
601 Calle Juarez
San Clemente, CA 92673

Huang, Tsun-Sheng
3031 Calle Juarez
Fountain Valley, CA 92728

Hubner, Jorgen & Edith
304 Calle Chueca
San Clemente, CA 92673

EXHIBIT    2

Hulbert,Kenneth& Sharon
2991 Calle Frontera
San Clemente, CA 92673

Hutcheon,Bruce W& Kathy
773 Calle Vallarta
San Clemente, CA 92673

Iftikhar,Farooq&Barbara
352 Calle Chueca
San Clemente, CA 92673

Ignat,Valentin & Sharon
708 Calle Brisa
San Clemente, CA 92673

Illoso, Guillermo
2950 Calle Frontera
San Clemente, CA 92673

Imes, Mr & Mrs Robert H
498 Calle Amigo
San Clemente, CA 92673

J Cal Transportation
P.O. Box 912
Lynwood CA 90262

Jacobs, Laurie J
3028 Calle Juarez
San Clemente, CA 92673

Jacobs, Mr & Mrs Jay
2928 Calle Frontera
San Clemente, CA 92673

Jatwani,M/M Joginder
2924 Calle Gaucho
San Clemente, CA 92673

Jensen, John
310 Calle Descanso
San Clemente, CA 92673

Jensen, Mr & Mrs Steven
612 Calle Reata
San Clemente, CA 92673

JK Excavation & Grading
10206 Elm Ave, #B
Fontana CA 92335

Johnson,Lennart&Alleyne
609 Calle Juarez
San Clemente, CA 92673

Jones, Garth B
822 Calle Vallarta
San Clemente, CA 92673

Jordan, Robert Lee
2934 Calle Frontera
San Clemente, CA 92673

Joseph, Mr & Mrs John M
2904 Calle Gaucho
San Clemente, CA 92673

Jurewicz,Barry & Susan
507 Calle Luego
San Clemente, CA 92673

Kaiser,Mr & Mrs William
2922 Calle Gaucho
San Clemente, CA 92673

Kameswara, Mr & Mrs
2992 Calle Gaucho
San Clemente, CA 92673

Kammer, M/M Harold J
706 Calle Dulce
San Clemente, CA 92673

Karlsson, Eric
715 Calle Brisa
San Clemente, CA 92673

Karnes,Mr & Mrs John T
704 Calle Cumbre
San Clemente, CA 92673

Karolys,Alex G& Andrea
302 Calle Paisano
San Clemente, CA 92673

Kavaya, Mr & Mrs Steven
3026 Calle Juarez
San Clemente, CA 92673

Kelly, Mr & Mrs Clyde L
3030 Calle Frontera
San Clemente, CA 92673

Kenny-Heinzen, Katia
320 Calle Corral
San Clemente, CA 92673

Kerhulas,Mr & Mrs Ike A
2966 Calle Frontera
San Clemente, CA 92673

Keystone Pac Ppty Mgmt
16845 Von Karman Ave
Ste 200
Irvine CA 92606-4920

Kim, Chun H & Tae O
515 Calle Baranda
San Clemente, CA 92673

EXHIBIT   2                                    23

Kipe,Gordon P & Cecily
615 Calle Ganadero
San Clemente, CA 92673

Kirchner, Walt & Judy
2918 Calle Frontera
San Clemente, CA 92673

Klawunder,M/M Bernard J
2989 Calle Frontera
San Clemente, CA 92673

Koeppe,Dieter& Giovanna
3001 Calle Frontera
San Clemente, CA 92673

Konzelman,KellyR& Linda
2928 Calle Guadalajara
San Clemente, CA 92673

Kopan, M/M Thomas C
503 Calle Sorpreso
San Clemente, CA 92673

Kraals,Ralph& Charlotte
306 Calle Paisano
San Clemente, CA 92673

Krejci, Hank & Ann
2906 Calle Frontera
San Clemente, CA 92673

Kreutz, M/M Michael
611 Calle Juarez
San Clemente, CA 92673

Kroeger,Frank& Patricia
314 Calle Descanso
San Clemente, CA 92673

Krone,Edwin A &Virginia
2948 Calle Frontera
San Clemente, CA 92673

Kucera, Donald W
3040 Calle Frontera
San Clemente, CA 92673

Kumer, M/M William B
595 Calle Hidalgo
San Clemente, CA 92673

Kuo, Ching-Ya
c/o Chi-Chang
San Clemente, CA 92673

Kuo, Mr & Mrs Dave
414 Calle Macho
San Clemente, CA 92673

L'Angelle, M/M David D
2932 Calle Gaucho
San Clemente, CA 92673

La Ducer/ Schreibman
2937 Calle Gaucho
San Clemente, CA 92673

Larkin, M/M Patrick M
612 Calle Ganadero
San Clemente, CA 92673

Larkin, Philip
506 Calle Cuadra
San Clemente, CA 92673

Larsen, Mr & Mrs Robert
35411 Camino Frontera
San Clemente, CA 92673

Larson, Mr & Mrs Harold
703 Calle Contenta
San Clemente, CA 92673

Larson, Mr & Mrs Robert
35411 Camino Capistrano
Capistrano Beach, CA 92624

Lauro, Mr & Mrs James W
305 Via Chueca
San Clemente, CA 92673

Lee, Mr & Mrs Alvin R
754 Calle Vallarta
San Clemente, CA 92673

Lesiuk, Fred
31089 Flying Cloud Dr
Laguna Niguel, CA 92677

Lidster,Ralph&Elizabeth
497 Calle Amigo
San Clemente, CA 92673

Liebel, M/M Patrick
614 Calle Hidalgo
San Clemente, CA 92673

Liebel, Mary D
408 Calle Macho
San Clemente, CA 92673

Liebert, M/M Richard P
320 Meadowcreek Road
Coppell, TX 75019

Lilly, Gail
708 Calle Contenta
San Clemente, CA 92673

EXHIBIT   2

24

Lin, Chou S
PO Box 4136
San Clemente, CA 92674-4136

Little, Grady
784 Calle Vallarta
San Clemente, CA 92673

Liu, Mr & Mrs Joo H
301 Calle Paisano
San Clemente, CA 92673

McClintock, Daniel etc
Wesley L. Davis, a Prof. Law
Corp.
15707 Rockfield Blvd., #206

San Clemente, CA 92673

Miguel,Hender &
Szechy-Linares,Kathryn

776 Calle Vallarta
San Clemente, CA 92673

Nordfelt, Trevor T

Norman, M/M Kevin G
2928 Calle Gaucho
San Clemente, CA 92673

O'Dea, M/M James
351 Calle Burro
San Clemente, CA 92673

Obemeyer, Ronald E
c/o Sherry L Kerbs
2905 Calle Frontera
San Clemente, CA 92673

Ogunleye, Erasmus &
Florence
2978 Calle Gaucho
San Clemente, CA 92673

Ortega, M/M Terrance S
506 Calle Amigo
San Clemente, CA 92673

Ortman, M/M Jeffrey J
768 Calle Vallarta
San Clemente, CA 92673

Irvine, CA 92618
McMillion, Robert D
& Margaret
318 Calle Coral

514 Calle Cuadra
San Clemente, CA 92673

Nichols, Mr & Mrs

& Karen
710 Calle Brisa
San Clemente, CA 92673

Nuttall, M/M Kenneth J
610 Calle Ganadero
San Clemente, CA 92673

O'Dell,Charles A & Rita
349 Calle Burro
San Clemente, CA 92673

Ochoa, M/M Philip
2940 Calle Gaucho
San Clemente, CA 92673

Ohnemus, M/M Roman
3033 Calle Frontera
San Clemente, CA 92673

Ortiz, Henry
609 Calle Fierros
San Clemente, CA 92673

Orton, Kevin R
2909 Calle Frontera
San Clemente, CA 92673

San Clemente, CA 92673

Meiling, Dorothy
603 Calle Embocadura

3026 Calle Frontera
San Clemente, CA 92673

Noble, Jon

Norman, M/M Kevin
2949 Calle Frontera
San Clemente, CA 92673

O'Conner, Joseph A &
Krista
351 Calle Burro
San Clemente, CA 92673

Oakley, Fanning T
& Deanna L
907 Calle Dulce
San Clemente, CA 92673

Ogburn, M/M Michael W
407 Calle Macho
San Clemente, CA 92673

Orahood, M/M Keith H
483 Calle Vallarta
San Clemente, CA 92673

Ortiz, Kenneth
312 Calle Descanso
San Clemente, CA 92673

Oshier, M/M Everett
608 Calle Fierros
San Clemente, CA 92673

EXHIBIT   2

25

Owen, M/M Daniel P
618 Calle Hidalgo
San Clemente, CA 92673

Padgett, M/M John
752 Calle Vallarta
San Clemente, CA 92673

Paine, M/M H M
2970 Calle Gaucho
San Clemente, CA 92673

Panning, M/M Floyd H
317 Calle Chueca
San Clemente, CA 92673

Papilion, M/M Dennis J
491 Calle Amigo
San Clemente, CA 92673

Par Int'l Enterprises
615 Calle Embocadura
San Clemente, Ca 92673

Parhad, Roman L
716 Calle Vallarta
San Clemente, CA 92673

Park, M/M John J
3037 Calle Frontera
San Clemente, CA 92673

Parness, Michael W
2909 Calle Gaucho
San Clemente, CA 92673

Parsons, M/M Marc H
519 Calle Cuadra
San Clemente, CA 92673

Pasoz, Louis & Gladys
2947 Calle Frontera
San Clemente, CA 92673

Pearson, M/M John W
2912 Calle Guadalajara
San Clemente, CA 92673

Peters, Danielle J
593 Calle Hidalgo
San Clemente, CA 92673

Peterson, Alyce
2908 Via Hidalgo
San Clemente, CA 92673

Peterson, April D
728 Calle Vallarta
San Clemente, CA 92673

Peterson, Randal J
720 Calle Brisa
San Clement, CA 92673

Petry, M/M Gary P
304 Calle Paisano
San Clemente, CA 92673

Philip D. Scardina
702 Calle Contenta
San Clemente, CA 92673

Pick, Marjorie
2934 Calle Gaucho
San Clemente, CA 92673

Pilot, Kevin & Lois Ann
769 Calle Vallarta
San Clemente, CA 92673

Pollock, Mary Ann
315 Calle Corral
San Clemente, CA 92673

Powell, M/M Robert
611 Calle Ganadero
San Clemente, CA 92673

Powers, Dan & Ellen
2990 Calle Frontera
San Clemente, CA 92672

Prancevic, M/M Gregory
2968 Calle Gaucho
San Clemente, CA 92673

Pressimone/Pressimone
615 Calle Juarez
San Clemente, CA 92673

Preston, Walter H & Mary J
619 Calle Juarez
San Clemente, CA 92673

Price, Shepherd, et. al.
c/o Patrick Evans Esq
1925 Century Pk E, 16th Fl.
Los Angeles, CA 90067

Price, M/M Richard
620 Calle Hidalgo
San Clemente, CA 92673

Price, Robert O
713 Calle Amable
San Clemente, CA 92673

Proffit, Thomas & Cara
2940 Calle Frontera
San Clemente, CA 92673

EXHIBIT   2

Puentes, Manuel A
& Julie C
301 Calle Descanso
San Clemente, CA 92673

Punak, Mark
604 Calle Ganadero
San Clemente, CA 92673

Qadeer, M/M Abdul
2942 Calle Frontera
Santa Ana, CA 92707

Quinn, Thomas J
707 Calle Brisa
Lewiston, NY 14092

Rager, Henry R & Kathleen
3027 Calle Juarez
San Clemente, CA 92673

Recinalle, Bernard E
506 Via Juarez
San Clemente, CA 92673

Redmond, M/M George
2942 Calle Gaucho
San Clemente, CA 92673

Reed, Douglas M & Susan
2912 Via Hidalgo
San Clemente, CA 92673

Reigler, M/M Richard E
704 Calle Contenta
San Clemente, CA 92673

Reineman, David & Phyllis
514 Calle Baranda
San Clemente, CA 92673

Rendon, Daniel & Cheryl L
2910 Calle Frontera
San Clemente, CA 92673

Rich, M/M Ronald L
72444 Two Mile Road
Twentynine Palms, CA 92277-
1530

Richard, Don S
2931 Calle Frontera
Laguna Beach, CA 92641

Richards, M/M Barry J
619 Calle Reata
San Clemente, CA 92673

Rieger, M/M Carl W, Jr
353 Calle Burro
San Clemente, CA 92673

Riese, Robert J, Jr.
721 Calle Brisa
San Clemente, CA 92673

Roach, M/M Emmett S
619 Calle Hidalgo
San Clemente, CA 92673

Roberts, David H
& Sharon
602 Calle Juarez
S J Capistrano, CA 9269

Roberts, M/M John W
717 Calle Brisa
San Clemente, CA 92673

Robertson, JR
3003 Calle Juarez
San Clemente, CA 92673

Robertson, M/M James A
3003 Calle Juarez
San Clemente, CA 92673

Robinson, M/M David R
780 Calle Vallarta
San Clemente, CA 92673

Rollocks, Carl
2957 Calle Frontera
San Clemente, CA 92673

Ross, Tina D
2951 Calle Fontera
San Clemente, CA 92673

Roszelle, M/M Robert V
2913 Calle Guadalaraja
San Clemente, CA 92673

Rounds, Melissa L
613 Calle Juarez
San Clemente, CA 92673

Rousso, Maurice J & Tamara
588 Calle Hidalgo
San Clemente, CA 92673

Ruether, Jeff
178 E Avenida Cordoba
San Clemente, CA 92673

Rusk, M/M Lauren D
2921 Calle Frontera
San Clemente, CA 92673

Russell M/M Donald A
2946 Calle Frontera
San Clemente, CA 92673

EXHIBIT    2

27

Rutherford, Alan & Karn
495 Calle Amigo
San Clemente, CA 92673

Rutten, M/M Michael R
2975 Calle Gaucho
San Clemente, CA 92673

Sadri, M/M Homi M
616 Calle Reata
San Clemente, CA 92673

Sainsbury-Carter,
M/M Barry
610 Calle Embocadura
San Clemente, CA 92672

Saldon, Donald S
2903 Calle Guadalajara
San Clemente, CA 92673

Saltzman, M/M Ronald S
504 Calle Cuadra
San Clemente, CA 92673

Sansky,Michael & Evelyn
504 Via Juarez
San Clemente, CA 92673

Sargent, M/M Donald L
309 Calle Descanso
San Clemente, CA 92673

Saruwatair/Baker
. 718 Calle Brisa
San Clemente, CA 92673

Scardina, Philip D.
702 Calle Contenta
San Clemente, CA 92673

Schaus, M/M Peter
513 Calle Cuadra
San Clemente, CA 92673

Schleiger, M/M John
2937 Calle Guadalajara
San Clemente, CA 92673

Schlimmer,M/M Michael V
503 Calle Luego
San Clemente, CA 92673

Schoenfeldt, M/M Arnold
750 Calle Vallarta
San Clemente, CA 92673

Schuessler,Roger & Jean
3019 Valle Juarez
San Clemente, CA 92673

Schwartz, Ruth
703 Calle Amable
San Clemente, CA 92673

Scott, M/M Forsyth R
3014 Calle Juarez
San Clemente, CA 92673

Sebesta, M/M Kurt
788 Calle Vallarta
San Clemente, CA 92673

Secrest, M/M Ben
314 Calle Chueca
San Clemente, CA 92673

SecurityPacific Trustee
601 Calle Hidalgo
San Clemente, CA 92673

Seeker, William R
711 Calle Brisa
San Clemente, CA 92673

Settle, Robert & Paula
3009 Calle Juarez
San Clemente, CA 92673

SFM Constructors
c/o John M. Krings, Esq.
4500 Via Marina #200
Marina Del Rey, CA 90292

Sforza, M/M Frank J
607 Calle Fierros
San Clemente, CA 92673

Shaban, Ahmad & Sherifa
2916 Calle Guadalajara
San Clemente, CA 92673

Shaker,Larry T& Robin R
703 Calle Dulce
San Clemente, CA 92673

Sharffer, M/M GC Jr
2977 Calle Gaucho
San Clemente, CA 92673

Sharke, David & Karla
612 Calle Embocadura
San Clemente, CA 92673

Shawyer, M/M John
2987 Calle Gaucho
San Clemente, CA 92673

Shelton, Jerry & Josefa
520 Calle Baranda
San Clemente, CA 92673

EXHIBIT   2

Shepherd, Eric D
701 Calle Amable
San Clemente, CA 92673

Sheridan, Robert E &
Florence
2926 Calle Guadalajara

San Clemente, CA 92673
Sherry, Michael A
824 Calle Vallarta
San Clemente, CA 92673

Shubin, James Philip
523 Calle Baranda
Parker, AZ 85344

Shuck, M/M Douglas J
611 Calle Hidalgo
San Clemente, CA 92673

Sibley,Michael J&Yvonne
308 Calle Descanso
San Clemente, CA 92673

Simler, M/M Richard J
510 Calle Cuadra
San Clemente, CA 92673

Simmons, James L
3973 Calle Gaucho
San Clemente, CA 92673

Simonin, M/M Rene Jr
709 Calle Contenta
San Clemente, CA 92673

Simonson, Jim & Cindy
321 Calle Chueca
San Clemente, CA 92673

Sissel, M/M Dennis L
506 Calle Baranda
San Clemente, CA 92673

Skarvan,Jeffrey J&Kerry
502 Calle Baranda
San Clemente, CA 92673

Skupa/Woods
2927 Calle Frontera
San Clemente, CA 92673

Slane, Jean L
711 Calle Amable
San Clemente, CA 92673

Small, Stacy
3016 Calle Juarez
San Clemente, CA 92673

Smets, Loren & Glen
& Corinne
703 Calle Frontera
San Clemente, CA 92673

Smith, Barbara
2937 Calle Frontera
San Clemente, CA 92673

Smith, Dana & Lauren
2937 Calle Frontera
San Clemente, CA 92673

Smith, M/M Donald L
517 Calle Cuadra
San Clemente, CA 92673

Smith, M/M Gregory H
503 Calle Amigo
San Clemente, CA 92673

Smith, Terry & Meredith
3027 Calle Frontera
San Clemente, CA 92673

Smith, Thomas B& Janice
412 Calle Macho
San Clemente, CA 92673

Smith, Vivian C
306 Calle Descanso
San Clemente, CA 92673

Smith,Vernon O&Arlene M
603 Calle Juarez
San Clemente, CA 92673

Snyder, M/M Gregory L
705 Calle Cubmre
San Clemente, CA 92673

Sontag, Robert & Marian
604 Calle Cumbre
San Clemente, CA 92673

Sorenson, M/M Philip
2998 Calle Gaucho
Laguna Niguel, CA 92677

Sorenson, Roger& Elain
608 Calle Embocadura
San Clemente, CA 92673

Southdown Concrete
PO Box 2360
Brea CA 92822-2360

Spaulding,Steven& Janet
496 Calle Amigo
San Clemente, CA 92673

EXHIBIT   2

2 9

Stark, Darryl W & Gwen
786 Calle Vallarta
San Clemente, CA 92673

Stedt, Jim
486 Calle Amigo
San Clemente, CA 92673

Stehany, M/M Michael F
597 Calle Hidalgo
San Clemente, CA 92673

Stephens, M/M James
502 Calle Sorpreso
San Clemente, CA 92673

Stevenson, M/M Robert L
600 Calle Hidalgo
San Clemente, CA 92673

Stivers,David A & Ana R
290-7 Calle Frontera
San Clemente, CA 92673

Stolrow, M/M Walter T
3011 Calle Frontera
San Clemente, CA 92673

Stowell,James &Margaret
589 Calle Hidalgo
San Clemente, CA 92673

Stranz, M/M Irving
2905 Calle Guadalajara
San Clemente, CA 92673

Street, M/M Philip
3023 Calle Juarez
San Clemente, CA 92673

Su, Huan-Yu
3009 Calle Frontera
San Clemente, CA 92673

Sugai, Tadahiro
2905 Calle Gaucho
Stanton, CA 90680

Sumonnath, Suradej &
Prapasri
2941 Calle Frontera
San Clemente, CA 92673

Sverlow, M/M Boris
502 Calle Cuadra
San Clemente, CA 92673

Taggert, M/M Garth H
3028 Calle Frontera
San Clemente, CA 92673

Taylor, M/M Joseph W
2925 Calle Frontera
San Clemente, CA 92673

Thompson, M/M John S
2924 Calle Frontera
San Clemente, CA 92673

Thompson-Bowes,
Alexandra K
2997 Calle Gaucho
San Clemente, CA 92673

Thurston, Marjorie
511 Calle Amigo
San Clemente, CA 92673

Torcaso, M/M Michael J
307 Calle Descanso
San Clemente, CA 92673

Transpacific Mgmt Svcs
2112 E 4th St #200
Santa Ana, CA 92705

Traphagen, John
3018 Calle Juarez
San Clemente, CA 92673

Travis, M/M Amos
406 Calle Macho
San Clemente, CA 92673

Trigg, Kevin A & Lisa L
512 Calle Macho
San Clemente, CA 92673

Trukaz, Kathleen R
2988 Calle Frontera
Whittier, CA 90604

Tsai,Eric C & Elizabeth
111 E Chestnut St #20A
Chicago, IL 60611

Tucker, M/M Terrence
611 Calle Embocadura
San Clemente. CA 92673

Tudor,Michael P&Susan M
830 Calle Vallarta
San Clemente, CA 92673

Turner,Stephen C &Joann
613 Calle Hidalgo
San Clemente, CA 92673

Tyler, Timothy J
2907 Calle Guadalajara
San Clemente, CA 92673

EXHIBIT    2

30

Udvardy, M/M Gerald A
29906 Calle Gaucho
San Clemente, CA 92673

Urbanczyk,M/M Christian
607 Calle Embocadura
San Clemente, CA 92673

Valencic, M/M Joseph J
505 Calle Sompreso
San Clemente, CA 92673

Van Husten, Rollande
& Andrew
2906 Calle Gaucho
San Clemente, CA 92673

Vance, Robert L
3022 Calle Frontera
San Clemente, CA 92673

Vanderhoven, Edward A &
Beverly
781 Calle Vallarta
San Clemente, CA 92673

Vernon, M/M Steven L
590 Calle Hidalgo
San Clemente, CA 92673

Vickerman, M/M George
2945 Calle Frontera
San Clemente, CA 92673

Villa Benjamin, Ruby &
Dorothy
2902 Calle Frontera

San Clemente, CA 92673
Vinciguerra, Marc
2900 Calle Frontera
Las Vegas, NV 89147

Vint, George & Karen
2949 Calle Guadalajara
San Clemente, CA 92673

Wachter,Elmer E & Carol
487 Calle Amigo
San Clemente, CA 92673

Wagner, M/M Robert C
706 Calle Cumbre
San Clemente, CA 92673

Wahl, M/M ER
606 Calle Fierros
San Clemente, CA 92673

Wall, M/M Thomas
767 Calle Vallarta
San Clemente, CA 92673

Walter, William C
713 Calle Contenta
San Clemente, CA 92673

Ward, M/M Gregory A
515 Calle Cuadra
San Clemente, CA 92673

Watkins, M/M Daniel B
512 Calle Amigo
San Clemente, CA 92673

Watson, Anthony E
2924 Calle Guadalajara
San Clemente, CA 92673

WEBB Community Mgmt Inc
Christina M. DeWitte
960 Calle Amanecer
San Clemente, CA 92673

Webb, M/M Clifford L
2963 Calle Frontera
Temecula, CA 92592

Wegner, M/M Robert E
746 Calle Vallarta
San Clemente, CA 92673

Welch, Robert E & Jane
832 Calle Vallarta
San Clemente, CA 92673

Western Equipment Outft
PO Box 1599
Fontana CA 92334

Whitaker, M/M Stephen F
712 Calle Contenta
San Clemente, CA 92673

White, David F & Mary C
592 Calle Hidalgo
San Clemente, CA 92673

White, M/M Orville O
356 Calle Burro
San Clemente, CA 92673

White, Maurice W &
Dorothy A
610 Calle Reata
San Clemente, CA 92673

White, Primas & Lula V
3007 Calle Juarez
San Clemente, CA 92673

Whynaught, Harris& Jane
607 Calle Contenta
San Clemente, CA 92673

EXHIBIT     2                    31

Wickline, Brent
2974 Calle Gaucho
San Clemente, CA 92673

Wigert, M/M John
521 Calle Cuadra
San Clemente, CA 92673

Wilder, Burton A
2986 Calle Frontera
San Clemente, CA 92673

Williams, Jeffrey S &
Cheryl
2994 Calle Gaucho
San Clemente, CA 92673

Williams, Kenneth M
3022 Calle Juarez
Fayetteville, NC 28303

Wilson, M/M John J
507 Calle Amigo
San Clemente, CA 92673

Wimpress, M/M Douglas M
610 Calle Fierros
San Clemente, CA 92673

Woolley, M/M Phillip L
354 Calle Burro
San Clemente, CA 92673

Wright, Eugene &
Geraldine
828 Calle Vallarta
San Clemente, CA 92673

Wright, M/M Robert G
2923 Calle Frontera
San Clemente, CA 92673

Yacoby, Diane
415 Calle Macho
San Clemente, CA 92673

Yamane, Michael Y & Lynn S
612 Calle Fierros
San Clemente, CA 92673

Yelverton, Charles A
2988 Calle Gaucho
San Clemente, CA 92673

Yull, Jo Ja Oh Se
8 Quietmoon
Irvine, CA 92614

Zahrte, M/M David R
785 Calle Vallarta
San Clemente, CA 92673

Zamora, M/M Carlos M
3042 Calle Frontera
San Clemente, CA 92673

Zardeneta, M/M Lawrence
613 Calle Embocadura
San Clemente, CA 92673

Zervos, M/M Simon
3025 Calle Juarez
San Clemente, CA 92673

Ziebak, Robert L &
Margaret
2910 Calle Gaucho
San Clemente, CA 92673

Zimmer, Jon D & Roseanna
3034 Calle Juarez
San Clemente, CA 92673

Zoller, Josiah
504 Calle Baranda
San Clemente, CA 92673

Michael House, Esq.
United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

David & Sharon Roberts
P.O. Box 1690
San Juan Capistrano, CA 92693

Evan Smiley, Esq.
Albert Weiland & Golden
650 Town Center Dr., #1350
Costa Mesa, CA 92626

Howard Neufeld, Esq.
24672 San Juan Ave., Suite 201
Dana Point, CA 92629

Western Heritage
P.O. Box 5100
Scottsdale, AZ 985261

CNA
c/o Huntington T. Black
1120 20th Street N.W.
Washington D.C., 20036

Chubb Insurance Group
801 Figueroa Street, 20th Floor
Los Angeles, CA 90017

Scottsdale Insurance Group
P.O. Box 4120
Scottsdale, AZ 85261

Reliance Insurance Company
c/o Thompkins & Co.
P.O. Box 4022
Alameda, CA 94502

EXHIBIT    2                                        32

Benjamin L. Crumpacker, Esq.
Archer, McComas
3401 Centerlake Drive, #650
Ontario, CA 91716

EXHIBIT    2                                        33

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

On  January 3, 2008, I served the foregoing document described as:

**MOTION FOR FINAL DECREE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF**
on interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

Office of the US Trustee
411 W. Fourth St., Ste. 9041
Santa Ana, CA 92701-4593

✔ **By mail**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

__ I caused such document to be sent via Overnite Express to the persons listed in the attached service list at Los Angeles, California.

__ I caused such document to be sent via facsimile to the persons listed in the attached service list at Los Angeles, California.

__ I caused such envelope to be delivered via messenger (In-House Attorney Service) to the persons listed in the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 3, 2008 at Los Angeles, California.

LEE DOWDING

EMW/00056840.WPD/POS/00005.000